UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00003-MMD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTHONY GREEN WADE, | |
| Defendant. | |

Defendant Anthony Green Wade was sentenced to 24 months in custody after he pled guilty to one count of felon in possession of a firearm. (ECF Nos. 23, 24.) Before the Court is Wade's motion for order of judicial recommendation/modification of judgment order ("Motion"). (ECF No. 31.) Therein, Wade requests that the Court enter an order modifying the judgment (ECF No. 23) "to include RRC [Residential Reentry Center] placement for maximum time allowed in accordance with the law." (ECF No. 31 at 2.) The Court has no authority to grant this request. *See United States v. Ceballos*, 671 F.3d 852, 854 (9th Cir. 2011) (per curiam) (district court lacked "authority to amend the sentence [to include a stipulated housing recommendation] after entry of the judgment and commitment order"). And even if the Court had jurisdiction to grant Wade's request, "the BOP [is not required] to afford an inmate any particular amount of time in an RRC placement." *Crim v. Benov*, No. 1:10-CV-01600-OWW, 2011 WL 1636867, at *5 (E.D. Cal. Apr. 29, 2011), *aff'd*, 471 F. App'x 670 (9th Cir. 2012); *see also Ceballos*, 671 F.3d at 855.

It is therefore ordered that Wade's Motion is denied.

DATED THIS 12th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE